JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 05-0080 R |
| Plaintiff, | ) ) ) | ORDER CONTINUING TRIAL AND SUPPRESSION HEARING DATES |
| vs. | ) ) | |
| JEFFREY DUANE HEIN, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT having considered the stipulation of the parties, and the records and files in this matter, hereby makes the following findings:

1. The Court finds that a failure to grant these continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case, that continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER CONTINUING TRIAL
& SUPPRESSION HEARING DATES     - 1
(*Jeffrey Hein;* #05-0080R)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1     IT IS THEREFORE ORDERED that the suppression hearing be continued to June 9,

2 2005, at 1:30 p.m.

3     It is further ordered that the trial date is continued to July 11, 2005.

4     IT IS FURTHER ORDERED the period of time from the current trial date of May 24,

5 2005, up to and including the new trial date of July 11, 2005, shall be excludable time

6 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7     DONE this 19th day of May, 2005.

8

9

    s/James L. Robart

10     _____

    JAMES L. ROBART
11     UNITED STATES DISTRICT JUDGE

12

Presented by:

13

14 s/ Robert H. Gombiner
WSBA No. 16059
15 Attorney for Jeffrey Duane Hein
Federal Public Defender's Office
16 1601 Fifth Avenue, Suite 700
Seattle, WA 98101
17 Phone: (206) 553-1100
Fax: (206) 553-0120
18 robert_gombiner@fd.org

19

20

21

22

23

24

25

26

ORDER CONTINUING TRIAL
& SUPPRESSION HEARING DATES    - 2
(*Jeffrey Hein;* #05-0080R)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**