UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JEFFREY DUANE HEIN,<br><br>                Defendant. | Case No. CR05-80-JLR<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

**INTRODUCTION**

I conducted a hearing on alleged violations of supervised release in this case on January 8, 2013. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Jerrod Patterson, and defendant was represented by Jennifer Wellman. Also present was U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

**SENTENCE AND PRIOR ACTION**

Defendant was sentenced on October 3, 2005, by the Honorable James L. Robart for Felon in Possession of a Firearm. He received 92 months of detention and 3 years of supervised release.

**PRESENTLY ALLEGED VIOLATIONS**

In a petition dated January 7, 2013, U.S. Probation Officer Angela M. McGlynn alleged that

defendant violated the following conditions of supervised release:

1.    Using amphetamines on or before January 2, 2013, in violation of standard condition 7.

2.    Using Adderall on or before January 4, 2013, in violation of standard condition 7.

**FINDINGS FOLLOWING EVIDENTIARY HEARING**

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing January 30, 2013 at 9:00 a.m. before District Judge James L. Robart.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 8th day of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge